UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSIE BELLIARD, an individual,<br><br>                                 Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.; Does 1 THROUGH 100,<br><br>                                 Defendants. | Case No.: 3:25-cv-00884-RBM-BJW<br><br>**ORDER GRANTING MOTION FOR LEAVE TO ELECTRONICALLY FILE DOCUMENTS**<br><br>**[Doc. 29]** |

Pending before the Court is Plaintiff Josie Belliard's ("Plaintiff") Motion for Leave to File Documents Electronically ("E-File Motion"). (Doc. 29.)  In her Motion, Plaintiff attests that she has a PACER account, has access to the technical requirements necessary to e-file successfully, and "agrees to comply with all requirements of the CM/ECF system, including the Electronic Case Filing – Administrative Policies and Procedures Manual and all applicable Local Rules of the Southern District of California." (*Id.* at 2.)

"Unless otherwise authorized by the [C]ourt, all documents submitted for filing to the Clerk's Office by parties appearing without an attorney must be in legible, paper form." CM/ECF Manual, § 2(b) (S.D. Cal. Jan. 22, 2025).  "A pro se party seeking leave to electronically file documents must file a motion and demonstrate the means to do so properly by stating their equipment and software capabilities in addition to agreeing to

1

follow all rules and policies in the [CM/ECF Manual]." *Id.* The CM/ECF Manual refers readers to the Court's official website (www.casd.uscourts.gov) for the current CM/ECF technical specifications and requirements, *see id.* at § 1(i), which include a computer; software to convert documents from word processor format to portable document format; internet access; a compatible internet browser; a scanner; and a PACER account. *See* United States District Court for the Southern District of California, CM/ECF Information, https://www.casd.uscourts.gov/cmecf.aspx#undefined1 (last visited Jan. 30, 2025).

By reviewing the CM/ECF Manual and affirming that she has the required equipment and software capabilities, Plaintiff has demonstrated that she has the means to electronically file documents. Accordingly, the E-File Motion (Doc. 29) is **GRANTED**.

The Court cautions Plaintiff that should she fail to comply with the Federal Rules, this District's Civil Local Rules[1], or the Court's Civil Chamber Rules[2], the Court may revoke her electronic filing privileges. *See Hill v. Bd. of Directors, Officers & Agents & Individuals of the Peoples Coll. of L.*, No. 2:23-CV-01298-JLS-PD, 2023 WL 3551292, at *4 (C.D. Cal. Apr. 5, 2023). The Court also notes that all case deadlines are stayed until after the settlement conference set for April 27, 2026. (*See* Docs. 27, 28.)

**IT IS SO ORDERED**.

DATE: April 6, 2026

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

---

[1] The United States District Court for the Southern District of California's Civil Local Rules are available at https://www.casd.uscourts.gov/_assets/pdf/rules/2025.01.02%20Local%20Rules.pdf.

[2] This Court's Civil Chamber Rules are available at https://www.casd.uscourts.gov/Judges/montenegro/docs/Montenegro%20Civil%20Chamber%20Rules.pdf.

3:25-cv-00884-RBM-BJW